# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL ACTION NO. 5:10-CR-00029-KDB-DCK

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| [2]Jose Luis Benitez-Aguirre, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 75) the Indictment (Doc. No. 4) as it relates to Jose Luis Benitez-Aguirre without prejudice in Case No. 5:10-cr-00029-KDB-DCK. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 4) as it relates to Jose Luis Benitez-Aguirre be **DISMISSED** without prejudice.

Signed: December 18, 2019

Kenneth D. Bell
United States District Judge